**THERESE S. HARRIS (SBN 246711)**
OF COUNSEL
M. HARVEY REPHEN & ASSOCIATES, P.C.
935 RIVERSIDE DRIVE, SUITE 7B
PASO ROBLES, CA 93446
Telephone: 805-369-2053
Facsimile:   805-715-7824
tharris@tharrislawoffice.com

JS-6

Attorney for Plaintiff, PATRICIA MUNOZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PATRICIA MUNOZ, an individual, | CASE NO: 2:15-cv-08565-RSWL-RAO |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION AND REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| and | |
| NELSON AND KENNARD, | |
| Defendant. | |

Based on the Stipulation and Request to Dismiss Entire Action With Prejudice filed in this action, the above-captioned action is dismissed with prejudice. Each party will bear their own costs and attorney fees.

IT IS SO STIPULATED:


DATED: __4/4/2016_____          /s/ RONALD S.W. LEW
                                     _____
                                     Hon. Ronald S.W. Lew
                                     Senior U.S. District Judge